# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
MATTRESS MAKERS, INC.,                *
                                      *
                Plaintiff,            *
                                      *
        v.                            *   No. 15-230C
                                      *   Filed: January 27, 2016
UNITED STATES,                        *
                                      *
                Defendant.            *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

### O R D E R

On January 8, 2016, the court issued an opinion in the above-captioned case. Granting defendant's motion for summary judgment, the court instructed the parties to submit a joint stipulation addressing the amount plaintiff shall be paid for the 60 shower curtains delivered by plaintiff on October 15, 2012, which defendant has indicated were accepted and utilized. The parties have stipulated and agreed that plaintiff is entitled to $378.60 for the 60 shower curtains delivered by plaintiff on October 15, 2012. Therefore, the Clerk of the Court shall enter **JUDGMENT** in favor of plaintiff in the amount of $378.60.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
